UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**DONALD RAY LUCAS**                                                                                                      **PLAINTIFF**

v.                                                                               **CIVIL ACTION NO. 3:08CV-P310-H**

**ARAMARK CORRECTIONS FOOD SERVICE *et al.***                                **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that all claims against the Kentucky Department of Corrections are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

**The Clerk of Court is DIRECTED to terminate the Kentucky Department of Corrections from this action.**

Date:

cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4412.005